| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| *OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill 08002-2977 | **Order Filed on June 8, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>　　WILLIAM J. KISTNER<br>　　DEBRA C. KISTNER<br>　　　　　　　　　　　Debtor(s) | Case No.:　18-16862<br><br>Chapter:　13<br><br>Judge:　Jerrold N. Poslusny Jr. |

### INTERIM CONFIRMATION ORDER

The relief set for on the following page is hereby **ORDERED**.

**DATED: June 8, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court finds that interim confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest.  Therefore,

IT IS HEREBY ORDEERED as follows:

1. The Chapter 13 Plan dated 04/09/2018 is approved on an interim basis only.  The plan is subject to final confirmation and further order of the Court.  All of the rights of all parties are reserved until the final confirmation hearing.

2. The Standing Chapter 13 Trustee is authorized to make distribution, with a percentage fee, on account of the following claims:
    a) allowed attorneys' fees;
    b) secured creditors;
    c) priority creditors, and
    d) adequate protection payments provided for in the debtor's Chapter 13 plan.

3. The arrearage claim of the creditor <u>Fay Servicing</u> shall be paid by the Standing Chapter 13 Trustee, as provided in the plan or as designated in the proof of claim, pending the termination of the Loss Mitigation Period.

4. The debtor(s) shall make periodic payments until further order of the Court as follows:  <u>$2,061.00</u> per month, beginning <u>05/01/2018</u>.

5. A hearing on final confirmation is scheduled for 8/1/2018 at 10:00 am, at the United States Bankruptcy Court, District of New Jersey, 401 Market Street, Camden, NJ 08101.

6. If the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-16862-JNP
William J. Kistner                                                  Chapter 13
Debra C. Kistner
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 08, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.
db/jdb          +William J. Kistner,    Debra C. Kistner,    207 New Jersey Avenue,    Collingswood, NJ 08108-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Joint Debtor Debra C. Kistner aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor William J. Kistner aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Hilldale Trust bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Hilldale Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not Individually but as Trustee for Hilldale Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7