Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−16862−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William J. Kistner
207 New Jersey Avenue
Collingswood, NJ 08108

Debra C. Kistner
207 New Jersey Avenue
Collingswood, NJ 08108

Social Security No.:
  xxx−xx−4848                                  xxx−xx−0526

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 17, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 27
Order Granting Application for Extension of Loss Mitigation (Related Doc # 27). Loss Mitigation Period Extended to: 10/26/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/17/2018. (cmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 17, 2018
JAN: cmf

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 18-16862-JNP
William J. Kistner                                                Chapter 13
Debra C. Kistner
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 1                  Date Rcvd: Jul 17, 2018
                               Form ID: orderntc           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
lm           +FAY SERVICING, LLC,    939 WEST NORTH AVE,    SUITE 680,   CHICAGO, IL 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
           Andrew Thomas Archer     on behalf of Debtor William J. Kistner aarcher@brennerlawoffice.com,
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
           Andrew Thomas Archer     on behalf of Joint Debtor Debra C. Kistner aarcher@brennerlawoffice.com,
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
           Kevin M. Buttery     on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
            Trust, Not Individually but as Trustee for Hilldale Trust bkyefile@rasflaw.com
           Laura M. Egerman     on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
            Trust, Not Individually but as Trustee for Hilldale Trust bkyecf@rasflaw.com,
            bkyecf@rasflaw.com;legerman@rasnj.com
           R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
           Rebecca Ann Solarz     on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana
            Trust, not Individually but as Trustee for Hilldale Trust rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```