**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Thursday, November 29, 2018 12:15:25 PM
**To:** Andrew Archer
**Subject:** U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: William J. Kistner, Case Number: 18-16862, JNP, Ref: [p-128359844]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 30, 2018

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: William J. Kistner, Case Number 18-16862, JNP

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102**

---

Undeliverable Address:
Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

100 North Tryon St.

Charlotte, NC  28202

Undeliverable Address:
Fay Servicing Llc
939 W North Ave
Chicago, IL 60642

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 440 S LA SALLE ST STE 2000, CHICAGO IL 60605-5011 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

939 W. North Avenue, Ste. 680

Chicago, IL  60642

Undeliverable Address:
PNC BANK, NATIONAL ASSOCIATION

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

222 Delaware Avenue

Wilmington, DE  19899

_____          __11/30/18__
Signature of Debtor or Debtor's Attorney          Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.
Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**