Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−16862−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William J. Kistner
207 New Jersey Avenue
Collingswood, NJ 08108

Debra C. Kistner
207 New Jersey Avenue
Collingswood, NJ 08108

Social Security No.:
xxx−xx−4848        xxx−xx−0526

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    1/3/19
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
$1,181.25

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: November 28, 2018
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16862-JNP
William J. Kistner                                                      Chapter 13
Debra C. Kistner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Nov 28, 2018
                                Form ID: 137             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2018.
```
db/jdb         +William J. Kistner,    Debra C. Kistner,    207 New Jersey Avenue,    Collingswood, NJ 08108-1611
aty            +Friedman Vartolo,    85 Broad St Suite 501,    New York, NY 10004-1734
lm             +FAY SERVICING, LLC,    939 WEST NORTH AVE,    SUITE 680,    CHICAGO, IL 60642-1231
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
517578336       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517440385      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517557746       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517440386      +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland, OH 44181-0315
517440390      +Pnc Bank,    Attn: Bankruptcy Department,    6750 Miller Road; Mailstop Br-Yb58-01-3,
                 Brecksville, OH 44141-3239
517440391      +Tenaglia & Hunt,    395 West Passaic St, Suite 205,    Rochelle Park, NJ 07662-3016
517440392      +Usaa Svg Bk,    Attn: Bankruptcy,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
517581008      +WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A,    CHRISTIANA TRUST, NOT INDIVIDUALLY BUT A,
                 FOR HILLDALE TRUST,    Fay Servicing, LLC,    3000 Kellway Dr Ste 150,
                 Carrollton, TX 75006-3357
517535413      +Wilmington Savings Fund Society,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2018 00:35:41      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2018 00:35:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517440383      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 29 2018 00:40:05      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517451095       E-mail/Text: mrdiscen@discover.com Nov 29 2018 00:34:47      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517440387      +E-mail/Text: mrdiscen@discover.com Nov 29 2018 00:34:47      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517440389      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 29 2018 00:34:52      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517584015      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 29 2018 00:35:37      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517589606       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2018 00:38:48
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517589611       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 29 2018 00:40:10
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517586108      +E-mail/Text: bncmail@w-legal.com Nov 29 2018 00:35:50      USAA Savings Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517570216      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2018 00:39:02      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517594490       PNC BANK, NATIONAL ASSOCIATION
517440384*     +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517440382     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517440388     ##+Fay Servicing Llc,    939 W North Ave,    Chicago, IL 60642-8029
                                                                                              TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Nov 28, 2018
                               Form ID: 137             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor William J. Kistner aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Joint Debtor Debra C. Kistner aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Hilldale Trust bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, Not Individually but as Trustee for Hilldale Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa N. Licker    on behalf of Creditor    FAY SERVICING, LLC NJ_ECF_Notices@McCalla.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not Individually but as Trustee for Hilldale Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```