Case 18-16862-JNP  Doc 63  Filed 01/03/19  Entered 01/03/19 14:15:50  Desc Main
Document  Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on January 3, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

William J. Kistner and Debra C. Kistner,

Debtors

Case No.: 18-16862

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 3, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer, Esq._____, the applicant, is allowed a fee of $ _____1,181.25_____ for services rendered and expenses in the amount of $_____40.00_____ for a total of $_____1,221.25_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

Case 18-16636-2-NJP Doc 638-2 Filed 03/27/18 Entered 03/27/18 15:57:29 Desc Main
Proposed Order Page 2 of 2

2