## UNITED STATES BANKRUPTCY COURT
### District of New Jersey (Camden)

IN RE:
Debtors: William J. Kistner and Debra C. Kistner

Case No.:    18-16862

Loan Number (Last 4):    0932

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust

Serviced by Select Portfolio Servicing, Inc.

Name of Transferee

WILMINGTON SAVINGS FUND SOCIETY

Fay Servicing, LLC

Name of Transferor

PO Box 65250
Salt Lake City, UT 84165

Court Claim # (if known): 5
Amount of Claim:    $234,044.52
Date Claim Filed:    06/08/2018

Phone:   1-800-258-8602

Last Four Digits of Acct #:   0932

Last Four Digits of Acct #:   6205

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:   1-800-258-8602

Last Four Digits of Acct #:   0932

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ John Shelley                                              Date:   09/25/2020
      InfoEx, LLC, as authorized filing agent
      (Approved by: Kiara Richardson)

Specific Contact Information:
Kiara Richardson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.