Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-16862 (JNP)**

William J. Kistner and Debra C. Kistner  
207 New Jersey Avenue  
Collingswood, NJ  08108

Monthly Payment: $810.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/15/2020 | $810.00 | 02/14/2020 | $810.00 | 03/16/2020 | $810.00 | 04/16/2020 | $810.00 |
| 05/14/2020 | $810.00 | 06/16/2020 | $810.00 | 07/16/2020 | $810.00 | 08/17/2020 | $810.00 |
| 09/21/2020 | $810.00 | 10/16/2020 | $810.00 | 11/19/2020 | $810.00 | 12/21/2020 | $810.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM J. KISTNER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $1,221.25 | $1,221.25 | $0.00 | $1,221.25 |
| 1 | BANK OF AMERICA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND FUNDING, LLC | 33 | $1,910.31 | $1,006.64 | $903.67 | $587.16 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,120.41 | $1,644.30 | $1,476.11 | $959.11 |
| 4 | CREDIT FIRST, N.A. | 33 | $1,602.02 | $844.18 | $757.84 | $492.40 |
| 5 | DISCOVER BANK | 33 | $6,443.91 | $3,395.62 | $3,048.29 | $1,980.63 |
| 6 | SELECT PORTFOLIO SERVICING, INC. | 24 | $7,001.20 | $7,001.20 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, N.A. | 33 | $2,948.69 | $1,553.81 | $1,394.88 | $906.32 |
| 8 | TENAGLIA & HUNT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | USAA FEDERAL SAVINGS BANK | 33 | $19,903.80 | $10,488.29 | $9,415.51 | $6,117.72 |
| 11 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DEBRA C. KISTNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,183.98 | $623.89 | $560.09 | $363.91 |
| 16 | AMERICAN INFOSOURCE, LP | 33 | $276.50 | $145.70 | $130.80 | $84.99 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 05/01/2018 | 7.00 | $0.00 |
| 12/01/2018 | Paid to Date | $15,237.00 |
| 01/01/2019 | 52.00 | $810.00 |
| 05/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,720.00 |
| Total paid to creditors this period: | $12,713.49 |
| Undistributed Funds on Hand: | $1,483.92 |
| Arrearages: | $0.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**