UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor USAA Federal Savings Bank

In Re:
William J. Kistner
&
Debra C. Kistner
Debtor,

Case No.:       18-16862-JNP

Adversary No.:       _____

Chapter:       13

Judge:       Jerrold N. Poslusny Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:       USAA Federal Savings Bank
(Example: John Smith, creditor)

    Old address:  USAA Federal Savings Bank
             C/O Weinstein & Riley, PS
             2001 Western Ave, Suite 400
             Seattle, WA 98121

    New address: (Notices) USAA Federal Savings Bank
             c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
             10700 Abbott's Bridge Road, Suite 170
             Duluth, GA  30097
             Phone: 470-321-7112

             (Payments) Credit Card Payment Processing - USAA Federal Saving Bank
             c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
             PO Box 272410
             Boca Raton, FL  33427
             Phone: 561-241-6901

    New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   11/30/2021      /s/ Harold Kaplan
             Signature

*rev.2/1/16*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 2, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

William J. Kistner
207 New Jersey Avenue
Collingswood, NJ 08108

Debra C. Kistner
207 New Jersey Avenue
Collingswood, NJ 08108

And via electronic mail to:

Andrew Thomas Archer
Brenner Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Ranesha Straker

*rev.2/1/16*