Certificate Number: 05781-NJ-DE-036912294

Bankruptcy Case Number: 18-16862



05781-NJ-DE-036912294

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 18, 2022,</u> at <u>2:18</u> o'clock <u>PM PDT</u>, <u>Debra Kistner</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>October 18, 2022</u>        By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:   <u>President</u>