Certificate Number: 05781-NJ-DE-036912295

Bankruptcy Case Number: 18-16862



05781-NJ-DE-036912295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 18, 2022, at 2:18 o'clock PM PDT, William Kistner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 18, 2022          By:    /s/Allison M Geving

                                  Name:  Allison M Geving

                                  Title: President